# Supreme Court of the United States
# Office of the Clerk
# Washington, DC  20543-0001

January 10, 2011

**William K. Suter**
Clerk of the Court
(202) 479-3011

Clerk
United States Court of Appeals for the Ninth Circuit
95 Seventh Street
San Francisco, CA  94103-1526

    Re:  Experian Information Solutions, Inc.
         v. Maria E. Pintos
         No. 10-251
         (Your No. 04-17485, 04-17558)

Dear Clerk:

The Court today entered the following order in the above-entitled case:

The petition for a writ of certiorari is denied.

Sincerely,

*William K. Suter*

**William K. Suter**, Clerk